**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Manuel Valencia, on behalf of himself and all other persons similarly situated,<br><br>        Plaintiff,<br><br>    – vs. –<br><br>Mohan Palace, Inc. d/b/a Minar Indian Restaurant, Inder Singh, and John Does 1-10,<br><br>        Defendants. | DOCKET NO. 19-cv-6861 (JMF)<br><br>**JUDGMENT** |

    A notice of acceptance of a Rule 68 Offer of Judgment having been filed on March 2, 2020; and Defendants Mohan Palace, Inc. d/b/a Minar Indian Restaurant, and Inder Singh having offered Plaintiff Manuel Valencia to take a judgment against them; it is

    **ORDERED and ADJUDGED** THAT Judgment is entered in favor of Plaintiff Manuel Valencia and against Defendants Mohan Palace, Inc. d/b/a Minar Indian Restaurant, and Inder Singh, jointly and severally, in the sum of $80,000 (Eighty Thousand Dollars and Zero Cents) inclusive of attorneys' fees, costs, and prejudgment interest accrued to date.

Dated: March _____, 2020

                                                       _____
                                                       Hon. Jesse M. Furman, U.S.D.J.