# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Manuel Valencia, on behalf of himself and all other persons similarly situated, <br><br> Plaintiff, <br><br> – vs. – <br><br> Mohan Palace, Inc. d/b/a Minar Indian Restaurant, Inder Singh, and John Does 1-10, <br><br> Defendants. | DOCKET NO. 19-cv-6861 (JMF) <br><br> **JUDGMENT** |

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on March 2, 2020; and Defendants Mohan Palace, Inc. d/b/a Minar Indian Restaurant, and Inder Singh having offered Plaintiff Manuel Valencia to take a judgment against them; it is

**ORDERED and ADJUDGED** THAT Judgment is entered in favor of Plaintiff Manuel Valencia and against Defendants Mohan Palace, Inc. d/b/a Minar Indian Restaurant, and Inder Singh, jointly and severally, in the sum of $80,000 (Eighty Thousand Dollars and Zero Cents) inclusive of attorneys' fees, costs, and prejudgment interest accrued to date.

All conference are canceled. All pending motions are moot. The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: March 2, 2020
New York, New York

_____
JESSE M. FURMAN
United States District Judge